JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
Assistant United States Attorney
P.O. Box 1494
Spokane, Washington 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TRAVIS LAMB aka TRAVIS M. LAMB aka TRAVIS MARVIN LAMB,

    Defendant.

NO. CV-06-87-LRS

JUDGMENT AND DECREE OF FORECLOSURE

Plaintiff's Application for Judgment and Decree of Foreclosure upon Order of Default having come on for consideration; the defendant TRAVIS LAMB aka TRAVIS M. LAMB aka TRAVIS MARVIN LAMB, being in default and his default having been entered; and the Court being fully advised in the premises,

IT IS ORDERED, ADJUDGED, and DECREED as follows:

I.

Plaintiff is awarded judgment against defendant TRAVIS LAMB aka TRAVIS M. LAMB aka TRAVIS MARVIN LAMB in the amount of $60,018.77 ($53,902.13 principal and $6,116.64 interest accrued through June 22, 2005); and interest to accrue at the rate of $6.9669 per day from and

after June 22, 2005, to the date of judgment; plus interest from the date of judgment at the legal rate until paid in full, for costs of suit, including the filing fee allowed pursuant to 28 USC § 2412(a)(2), and other proper relief.

II.

The debt upon which this judgment is based is secured and perfected by the following:

(1) Security agreements dated February 2, 1999, and February 22, 2002, covering farm equipment and livestock;

(2) Security agreements were perfected by a financing statement filed for record on February 22, 1999, as Instrument No. 99-053-0269, Official Records of Department of Licensing, Olympia, Washington.

(3) An amendment statement filed June 18, 2002, as Instrument No. 2002-169-3404-9, Official Records of Department of Licensing, Olympia, Washington.

(4) An amendment statement filed June 18, 2002, as Instrument No. 2002-169-3412-4, Official Records of Department of Licensing, Olympia, Washington.

(5) An amendment statement filed June 18, 2002, as Instrument No. 2002-169-3471-1, Official Records of Department of Licensing, Olympia, Washington; and

(6) A continuation statement filed November 12, 2003, as Instrument No 2003-316-5289-7, Official Records of Department of Licensing, Olympia, Washington.

JUDGMENT AND DECREE OF FORECLOSURE - 2
[F60703kd.FAWlamb]

III.

The foregoing security agreements, and financing statements cover the following described property situated in Whitman County, State of Washington:

<u>PERSONAL PROPERTY</u>

Wilson Hay Trailer
Breeding Stock
Calf Crop

IV.

Said security agreements, and financing statements, which constitute first and prior liens upon the property described therein, are hereby foreclosed and defendant TRAVIS LAMB aka TRAVIS M. LAMB aka TRAVIS MARVIN LAMB and all persons claiming by, through or under him are forever barred and foreclosed from asserting any right, title, or interest in and to said property, and said property is hereby ordered sold in the manner provided by law with the proceeds of such sale to be applied to the expenses thereof, and then in satisfaction of the sums adjudged to be due plaintiff herein.

V.

Any party to this suit may become a purchaser at such sale.

JUDGMENT AND DECREE OF FORECLOSURE - 3
[F60703kd.FAWlamb]

## VI.

The plaintiff shall not have a deficiency judgment in the event the sum received from the sale is insufficient to pay the judgment in full.

DATED this  25th  day of ~~July, 2006.~~  August, 2006.

                       s/Lonny R. Suko
                       _____
                       LONNY R. SUKO
                       United States District Judge

Presented by:

JAMES A. McDEVITT
United States Attorney

s/ Frank A. Wilson
FRANK A. WILSON
Assistant U.S. Attorney
Attorney for Plaintiff
USA-WAE-FWilson

JUDGMENT AND DECREE OF FORECLOSURE - 4
[F60703kd.FAWlamb]

||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# CERTIFICATE OF SERVICE

I hereby certify that on July 12th, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: No Recipients, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Travis Lamb
4031 Jordan Knott Road
Endicott, WA 99124


s/ Frank A. Wilson
Frank A. Wilson
First Assistant United States Attorney
Attorney for Plaintiff
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-FWilson

JUDGMENT AND DECREE OF FORECLOSURE - 5
[F60703kd.FAWlamb]